Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| | ) Chapter 13 |
| | ) |
| Sean M Ahearn | ) Case No.: 8:12-bk-19598-CB |
| | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302645** in the sum of **$3,376.00**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

address of the party entitled to said unclaimed dividend is as follows:


        Sean M Ahearn
        2946 Player Ln
        Tustin, CA 92782


Date: May 8, 2017        __/S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1219598 | Sean M Ahearn | | | XXX-XX-2155 | 3,376.00 | 0.00 | 3,376.00 |
| | ACCT: | Claim: 00000 | UCI: | | | | |
| | | | TOTALS | | 3,376.00 | 0.00 | 3,376.00 |

Sean M Ahearn

BALANCE:      0.00   [0.00 104/00000]
SSN: XXX-XX-2155   SSN:
ACCT:             CASE: 1219598
PRINCIPAL:   3,376.00  INTEREST:     0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0302645**

May 05, 2017

VOID 90 DAYS FROM DATE

*****$3,376.00

**PAY**   Three Thousand Three Hundred Seventy Six And 00 / 100 Dollars

**TO THE**
**ORDER OF**   *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

VOID COPY

⑈0302645⑈ ⑆061100790⑈ 0000005751862⑈